UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Byron L. Perkins, | File No. 23-cv-3810 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| City of Minneapolis, *Minneapolis City Attorney Office*, | |
| Defendant. | |

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on June 12, 2024.  ECF No. 5.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**; and

2. Plaintiff Byron L. Perkins's Motion for Summary Judgment [ECF No. 4] is **DENIED** without prejudice as premature.


Dated:  July 29, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court